JS-6

THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Carlos A. Castellanos, Jr.,<br><br>Defendant. | CASE NO. CV 20-10964-GW-JCx<br><br>ORDER GRANTING STIPULATED JUDGMENT |
|---|---|

[Proposed] ORDER GRANTING
STIPULATED JUDGMENT
CASE NO. 2:20-cv-10964-GW-JC
Page 1

Judgment in the amount of Twenty-Two Thousand Five Hundred Dollars ($22,500.00) inclusive of attorneys' fees and costs is hereby entered in favor of Plaintiff G & G Closed Circuit Events, LLC and Defendant Carlos A. Castellanos, Jr., individually and d/b/a Carlitos Way Cocktail Lounge.

**IT IS SO ORDERED**:

Dated: November 12, 2025

_____
**HON. GEORGE H. WU,**
**United States District Judge**